IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:23CR39 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| KHALAH BEARD, ALEXAS DAVIS and JOAN ROBINSON, | ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on defendant Joan Robinson's Unopposed Motion to Continue Trial [116]. For the reasons set forth in the motion, the undersigned finds good cause to grant the continuance. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [116] is granted, as follows:

1. The jury trial, **for all defendants**, now set for June 25, 2024, is continued to **September 23, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 23, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. **No further continuances will be granted absent exceptional circumstances.**

DATED: June 4, 2024

BY THE COURT:

s/ Brian C. Buescher
United States District Judge