IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KHALAH BEARD and ALEXAS DAVIS,<br><br>Defendants. | 8:23-CR-39<br><br>FINAL ORDER OF FORFEITURE |

This matter is before the Court on the United States' Motion for a Final Order of Forfeiture. Filing 204. Having reviewed the record in this case, the Court finds as follows:

1. On October 9, 2024, the Court entered a Preliminary Order of Forfeiture forfeiting Defendants' interest in $1,080.00 in United States currency. Filing 181; Filing 182.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on October 17, 2024, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure. A Declaration of Publication was filed herein on December 16, 2024. Filing 203.

3. The United States advises the Court that no party has filed a petition regarding the subject Property. From a review of the Court file, the Court finds that no person or entity has filed a petition.

4. The Motion for Final Order of Forfeiture should be granted.

IT IS ORDERED:

1. The Plaintiff's Motion for Final Order of Forfeiture, Filing 204, is granted;

2. All right, title and interest in and to the $1,080.00 seized from the Defendants on or about November 16, 2023, held by any person or entity are forever barred and foreclosed;

3. The $1,080.00 is forfeited to the Government; and

4. The Government is directed to dispose of that currency in accordance with the law.

Dated this 13th day of January, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge